1   WILLIAM R. HILL (Cal. State Bar No. 114954)
    WILLIAM H. GREEN (Cal. State Bar No. 129846)
2   DONAHUE GALLAGHER WOODS LLP
    300 Lakeside Drive, #1900
3   Oakland, California  94612-3550
    Telephone:  (510) 451-0544
4   Facsimile:  (510) 832-1486

5   Attorneys for Plaintiff/Counterclaim-defendant John D. Bauer

6   JEFFREY D. WOHL (Cal. State Bar No. 96838)
    LISA G. LAWSON (Cal. State Bar No. 169503 )
7   PAUL, HASTINGS, JANOFSKY & WALKER LLP
    55 Second Street, 24th Floor
8   San Francisco, California  94105-3441
    Telephone:    (415) 856-7000
9   Facsimile:    (415) 856-7100

10  Attorneys for Defendant/Counterclaimant
    Amphenol Corporation and Plaintiffs in Intervention Amphenol East
11  Asia Limited and Amphenol East Asia Limited, Taiwan Branch

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15

16  JOHN BAUER, an individual,              No. C-04-2259-MMC

17              Plaintiff,                   **STIPULATION FOR DISMISSAL OF
                                            ACTION AND ORDER**
18       vs.

19  AMPHENOL CORPORATION, a
    Delaware corporation, and DOES 1
20  through 50, inclusive,

21              Defendants.

22  _____

23  and related claims.

24

25

26

27

28
    LEGAL_US_W # 53365115.1

                                            STIPULATION AND ORDER OF DISMISSAL
                                            U.S.D.C., N.D. Cal., No. C- 04-2259-MMC

1

**STIPULATION**

2      Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, plaintiff/counterclaim defendant

3 John D. Bauer, defendant/counterclaimant Amphenol Corporation, and plaintiffs in intervention

4 Amphenol East Asia Limited ("AEAL") and Amphenol East Asia Limited, Taiwan Branch, acting

5 through their respective counsel of record, hereby stipulate that this action be DISMISSED WITH

6 PREJUDICE, each side bearing its own costs and attorneys' fees.

7      Dated: March 31, 2006.          WILLIAM R. HILL
                                        WILLIAM H. GREEN
8                                       DONAHUE GALLAGHER WOODS LLP

9
                                 By: _____
10                                          William H. Green
                                 Attorneys for Plaintiff/Counterclaim-defendant
11                                          John D. Bauer

12     Dated: March 31, 2006.          JEFFREY D. WOHL
                                        LISA G. LAWSON
13                                      PAUL, HASTINGS, JANOFSKY & WALKER LLP

14
                                 By: _____
15                                          Jeffrey D. Wohl
                                 Attorneys for Defendant/Counterclaimant Amphenol
16                               Corporation and Plaintiffs in Intervention Amphenol East Asia
                                 Limited and Amphenol East Asia Limited, Taiwan Branch
17

18

19

20

21

22

23

24

25

26

27

28

LEGAL_US_W # 53365115.1

1

**ORDER**

2

On the stipulation of the parties, and good cause appearing therefor,

3

IT IS SO ORDERED.

4

Dated: ~~March~~ April 3 ___, 2006.

Maxine M. Chesney
United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER OF DISMISSAL
U.S.D.C., N.D. Cal., No. C- 04-2259-MMC